**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derrick Lamont ROBERTSON,**
**Defendant–Appellant.**

**No. 06–7059.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 3, 2006.

Decided: Nov. 22, 2006.

Derrick Lamont Robertson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Lamont Robertson appeals the district court's order dismissing his "Motion For the Court To Rule On Said Case" as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Robertson,* No. 5:00–cr–00103–H–1 (E.D.N.C. May 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*